**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-00255-DOC (ADSx)          Date: May 11, 2020

Title: PETER STROJNIK SR. V. SWK PROPERTIES, LLC

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION**

Plaintiff failed to timely file an amended complaint in this action. Dkt. 20. Accordingly, the action is DISMISSED without prejudice for lack of prosecution.